UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,       )
                                )
          v.                    )       CAUSE NO. 2:09 CR 201
                                )
ALFREDO GARCIA                  )


FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY


TO:  THE HONORABLE PHILIP P. SIMON, JUDGE
     UNITED STATES DISTRICT COURT

     Upon defendant's request to enter a plea of guilty pursuant
to Federal Rule of Criminal Procedure 11, this matter came on for
hearing before the Honorable Andrew P. Rodovich, United States
Magistrate Judge, on October 21, 2009, with the written consents
of the defendant, counsel for the defendant, and counsel for the
United States of America.

     The hearing on defendant's plea of guilty was in full
compliance with Rule 11, before the Magistrate Judge in open
court and on the record.

     In consideration of that hearing and the statements made by
the defendant under oath on the record and in the presence of
counsel, the remarks of Assistant United States Attorney Jacque-
line Jacobs and of Alison Benjamin, counsel for defendant,

     I **FIND** as follows:

     (1)  that the defendant understands the nature of the charge
          against him to which the plea is offered;

(2)    that the defendant understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3)    that the defendant understands what the maximum possible sentence is, including the effect of the supervised release term, and defendant understands that the Probation Department will prepare a pre-sentence report based upon the sentencing guidelines but that the court may depart from those guidelines under some circumstances;

(4)    that the plea of guilty by the defendant has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5)    that the defendant is competent to plead guilty;

(6)    that the defendant understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7)    that there is a factual basis for the defendant's plea; and further,

I **RECOMMEND** that the court accept the defendant's plea of guilty to the offense charged in Count 1 of the indictment and that the defendant be adjudged guilty of the offense charged in Count 1 of the indictment and have sentence imposed.  A pre-sentence report has been ordered.  Should this Report and Recommenda-

tion be accepted and the defendant adjudged guilty, sentencing
has been scheduled for January 20, 2010, at 1:00 P.M. before
Judge Philip P. Simon.

ENTERED this 23rd day of October, 2009


                              s/ Andrew P. Rodovich
                                 United States Magistrate Judge